IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Jointly Administered |
| | : Case No. 02-10429 (JKF) |
| KAISER ALUMINUM CORPORATION, a | : |
| Delaware Corporation, et al., | : Chapter 11 |
| | : |
| Debtors. | : |
| | : |
| KAISER ALUMINUM CORPORATION, et al., | : |
| | : |
| Movants, | : |
| | : |
| v. | : Related to Docket No. 9690 |
| | : |
| MOSS LANDING COMMERCIAL PARK LLC, | : |
| | : |
| Respondent. | : |

## NOTICE OF APPEAL

Moss Landing Commercial Park LLC ("Moss Landing"), the Respondent, appeals under 28 U.S.C. § 158(a) from the order entered on the motion by the Reorganized Debtor Kaiser Aluminum Corporation enforcing injunctions issued in connection with the Second Amended Joint Plan of Reorganization and compelling Moss Landing Commercial Park, LLC to dismiss without prejudice its lawsuit against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation [Docket No. 9690], a copy of which is attached hereto as **Exhibit "A."** The Bankruptcy Court entered the order on the 27th day of March, 2008.

The names of all parties to the order which Moss Landing appeals from and the names, addresses, and telephone numbers of their respective attorneys are:

557740.1 3/31/08

1. **Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Company**
   (the "Reorganized Debtors")

   <u>Attorneys for Reorganized Debtors</u>
   Daniel J. DeFranceschi, Esquire
   Jason M. Madron, Esquire
   Richards, Layton & Finger, P.A.
   One Rodney Square
   920 North King Street
   Wilmington, DE 19801
   Phone: (302) 651-7700
   Fax: (302) 651-7701

   -and-

   Gregory M. Gordon, Esquire
   Daniel P. Winnika, Esquire
   Jones Day
   2727 North Harwood Street
   Dallas, TX 75201
   Phone: (214) 220-3939
   Fax: (214) 969-5100

2. **Moss Landing Commercial Park LLC**

   <u>Attorneys for Moss Landing</u>
   Mark Minuti, Esquire
   Saul Ewing LLP
   222 Delaware Avenue, Suite 1200
   P.O. Box 1266
   Wilmington, DE 19899
   Phone: (302) 421-6840
   Fax: (302) 421-5873

   -and-

   Thomas H. Clarke, Jr., Esquire
   Ropers, Majeski, Kohn & Bentley
   201 Spear Street, Suite 1000
   San Francisco, CA 94105
   Phone: (415) 543-4800
   Fax: (415) 972-6301

        -and-

Wendy W. Smith, Esquire
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Phone: (408) 295-1700
Fax: (408) 295-1531

_____
Mark Minuti (DE No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

        -and-

Thomas H. Clarke, Jr. (Cal. Bar No. 47592)
**ROPERS, MAJESKI, KOHN & BENTLEY**
201 Spear Street, Suite 1000
San Francisco, CA 94105
(415) 543-4800

        -and-

Wendy W. Smith (Cal Bar No. 133887)
**BINDER & MALTER, LLP**
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700

*Attorneys for Moss Landing Commercial Park LLC*

Dated: March 31, 2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> KAISER ALUMINUM CORPORATION, <br> a Delaware corporation, et al., <br><br> Debtors. | : <br> : Jointly Administered <br> : Case No. 02-10429 (JKF) <br> : <br> : Chapter 11 <br> : <br> : <br> : |
| KAISER ALUMINUM CORPORATION, <br> et al., <br><br> Movants, <br><br> v. <br><br> MOSS LANDING COMMERCIAL <br> PARK LLC, <br><br> Respondent. | : <br> : <br> : <br> : Hearing Date: 02/25/08 @ 11:15 a.m. <br> : Re: Docket Nos. 9650, 9670, 9671, 9672, <br> : 9673, 9674 and 9675 ⊣ 9682 <br> : Agenda Item No. 5 <br> : <br> : <br> : <br> : |

ORDER ENFORCING INJUNCTIONS ISSUED IN CONNECTION
WITH THE SECOND AMENDED JOINT PLAN OF REORGANIZATION
AND COMPELLING MOSS LANDING COMMERCIAL PARK LLC TO
DISMISS WITHOUT PREJUDICE ITS LAWSUIT AGAINST KAISER ALUMINUM
CORPORATION AND KAISER ALUMINUM & CHEMICAL CORPORATION

This matter coming before the Court on the Motion of Reorganized Debtors to (A) Enforce Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and (B) Compel Moss Landing Commercial Park LLC to Dismiss, with Prejudice, its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (the "Motion"), filed by the above-captioned Reorganized Debtors;[1] the Court having (a) entered an order approving the Consent Decree, (b) entered the Confirmation Order and (c) reviewed the Motion and all other related pleadings; the Court finding that (a) the Court

---

[1] All capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Article XIII of the Plan and Section XII of the Confirmation Order, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was sufficient under the circumstances; and the Court having determined that, for the reasons set forth on the record at the hearing on the Motion, there is just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Within ten days after entry of this Order, MLCP shall dismiss its lawsuit against KAC and KACC without prejudice.

3. This Court shall retain jurisdiction over the Reorganized Debtors and MLCP with respect to any matters relating to or arising from the Motion or the implementation of this Order.

Dated: March 21th, 2008

_Judith K. Fitzgerald_
UNITED STATES BANKRUPTCY JUDGE
SAS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

**Date:  4/24/08**

To:  U.S. District Court  
　　　District of Delaware  
　　　U.S. Courthouse - 844 King Street  
　　　Wilmington, DE 19801

**Re:Kaiser Aluminum Corp. et al   02-10429**

　　　Enclosed is the bankruptcy Record on **Appeal #BAP 08-12**  Please acknowledge receipt on the copy provided.

Enclosed Items:  
Notice of Appeal:   **BAP 08-12**  docket **#9692**  
Appealable Order(s):   docket **#9690**  
Statement of Issues on Appeal:  
Appellants Designations:   docket **#9709**  
Appellee Designations:   docket **#9718**

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,  
　　　　　　　　　　　　　　　　　　　　　　　　Betsy Magnuson  
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　X　Filing fee paid on　3/31/08  
　　　　Filing fee not paid

I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By: _____　　　　　C.A. No.: _____  
　　Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

**Bankruptcy Case Number: 02-10429 JKF**
Deputy Clerk Transferring Case: Betsy Magnuson(302) 252-2900 ext 5114
Appeal #: BAP-08-12
**Order, Docket #9690    Entered 3/27/08**

**Debtors:**   Kaiser Aluminum
**Counsel:**   Daniel J. DeFranceschi Esq
               Richards Layton & Finger
               One Rodney Square
               PO Box 551
               Wilmington, DE 19899
**Telephone:**   (302) 651-6541


**Appellant:**   MossLanding Commerical Park LLc.
**Counsel:**     Mark Minuti Esq
                 Saul Ewing LLP
                 222 Delaware Avenue Suite 1200
                 Wilmington, DE 19801
**Telephone:**   (302) 421-6840

**Appellee:**    Kasier Aluminum
**Counsel:**     Daniel J. DeFranceshi Esq
**Telephone:**   (302) 651-6541