IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : **Chapter 11** |
| **KAISER ALUMINUM CORPORATION**, a | : |
| Delaware Corporation, <u>et al.</u>, | : **Case No. 02-10429 (JKF)** |
| | : |
| Debtors. | : **Jointly Administered** |
| | : |
| | : **Related to Doc. Nos. 9690 and 9692** |
| | : |
| **MOSS LANDING COMMERCIAL PARK, LLC,** | : |
| | : |
| Appellant, | : |
| | : |
| v. | : |
| | : |
| **KAISER ALUMINUM CORPORATION** and **KAISER ALUMINUM & CHEMICAL CORPORATION,** | : |
| | : |
| Appellees. | : |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL BY <u>MOSS LANDING COMMERCIAL PARK</u>

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Moss Landing Commercial Park, LLC ("MLCP") provides this statement of issues to be presented on its appeal of the order by this court (the "Order") [Docket No. 9690] mandating that MLCP dismiss its pending action against Kaiser Aluminum Corporation ("Kaiser") in the Northern District of California (the "California Action") and designates the following items for inclusion in the record on appeal.

## Designation of Content of Record on Appeal

|    | Pleadings | Description |
|----|-----------|-------------|
| 1. | 4051 | Motion of Debtors and Debtors in Possession for an Order Approving Settlement Agreement with National Refractories & Minerals Corporation and Congress Financial Corporation (Western) (Entered: 04/02/2004) |
| 2. | 7311 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Second Amended Joint Plan of Reorganization (Entered: 09/07/2005) |
| 3. | 7312 | Second Amended Plan (Joint) of Reorganization (Entered: 09/07/2005) |
| 4. | 9650 | Motion of Reorganized Debtors to (A) Enforce Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and (B) Compel Moss Landing Commercial Park LLC to Dismiss with Prejudice its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (Entered: 12/28/2007) |
| 5. | 9663 | Order Granting Motion for Admission pro hac vice Of Thomas H. Clarke, Jr. of Ropers, Majeski, Kohn, & Bentley P.C. to Represent Moss Landing Commercial Park (Entered: 01/23/2008) |
| 6. | 9664 | Order Granting Motion for Admission pro hac vice of Timothy A. Dolan of Ropers, Majeski, Kohn, & Bentley P.C. to Represent Moss Landing Commercial Park (Entered: 01/23/2008) |
| 7. | 9667 | Order Granting Motion for Admission pro hac vice of Wendy W. Smith of Binder & Malter, LLP to Represent Moss Landing Commercial Park (Entered: 01/29/2008) |
| 8. | 9670 | Objection and Opposition to Motion Of Reorganized Debtors to (A) Enforce Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and (B) Compel Moss Landing Commercial Park LLC to Dismiss with Prejudice its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (Entered: 02/08/2008) |
| 9. | 9671 | Declaration of Dan Giffin in Support of Opposition to Motion by Debtor Kaiser to Enforce Injunction (Entered: 02/08/2008) |

- 3 -

| 10. | 9672 | Declaration of Richard W. Day in Support of Opposition to Motion by Debtor Kaiser to Enforce Injunction (Entered: 02/08/2008) |
|---|---|---|
| 11. | 9673 | Declaration of Wendy W. Smith in Support of Opposition to Motion by Debtor Kaiser to Enforce Injunction (Entered: 02/08/2008) |
| 12. | 9674 | Declaration of Nader Agha in Support of Opposition to Motion by Debtor Kaiser to Enforce Injunction (Entered: 02/11/2008) |
| 13. | 9675 | Reply to Objection of Moss Landing Commercial Park LLC to Reorganized Debtors' Motion to Enforce Injunctions Issued in Connection With the Second Amended Joint Plan of Reorganization (Entered: 02/15/2008) |
| 14. | 9679 | Transcript of Hearing held on February 25, 2008 before the Honorable Judith K. Fitzgerald (Entered: 03/04/2008) |
| 15. | 9690 | Order Enforcing Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and Compelling Moss Landing Commercial Park LLC to Dismiss without Prejudice its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (Entered: 03/27/2008) |
| 16. | 9692 | Notice of Appeal Filed by Moss Landing Commercial Park (Entered: 03/31/2008) |
| 17. | 9693 | Moss Landing Commercial Park, LLC's Emergency Motion to Stay Order Enforcing Injunctions Issued in Connection With Plan of Reorganization and Compelling Moss Landing to Dismiss Without Prejudice Its Lawsuit Against Debtor (Entered: 03/31/2008) |
| 18. | 9695 | Receipt of filing fee for Notice of Appeal (Entered: 03/31/2008) |
| 19. | 9696 | Clerk's Notice Regarding Filing of Appeal (Entered: 04/02/2008) |
| 20. | 9700 | Objection to Emergency Motion of Moss Landing Commercial Park LLC for Stay of Order (Entered: 04/02/2008) |
| 21. | N/A | Proof of Claim No. 1256 filed by National Refractories & Minerals Corporation |
| 22. | N/A | Proof of Claim No. 1257 filed by National Refractories & Minerals Corporation |

## Issues on Appeal

1. Whether the United States Bankruptcy Court for the District of Delaware erred in granting, to the extent set forth in the Order, the Motion of Reorganized Debtors to (A) Enforce Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and (B) Compel Moss Landing Commercial Park LLC to Dismiss With Prejudice its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation?

2. Whether the discharge and injunctive provisions of appellees Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation's (collectively the "Debtors") confirmed chapter 11 plan (the "Plan") can bind appellant MLCP, a known creditor to whom the Debtors failed to give actual notice of the Debtors' bankruptcy case or Plan?

3. Whether MLCP's causes of action filed in the California Action for remediation under RCRA and the CWA are "claims" subject to discharge under the Debtors' confirmed Plan?

4. Whether MCLP's causes of action filed in the California Action for remediation under RCRA and the CWA are derivative of, or the same claims as, the claims for money held by National Refractories, a prior owner of the Moss Landing property in Northern California?

5. Whether the Debtor's agreement with certain environmental agencies regarding the Debtor's contamination of unidentified properties precludes MCLP from bringing the California Action for remediation under the citizen-suit provisions of RCRA and the CWA?

6.   Whether the right for a private citizen to bring an action for injunctive relief under RCRA and the CWA can be converted to a claim for money subject to discharge in bankruptcy?

*[signature]*

Mark Minuti (DE No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840

-and-

Thomas H. Clarke, Jr. (Cal. Bar No. 47592)
**ROPERS, MAJESKI, KOHN & BENTLEY**
201 Spear Street, Suite 1000
San Francisco, CA  94105
(415) 543-4800

-and-

Wendy W. Smith (Cal Bar No. 133887)
**BINDER & MALTER, LLP**
2775 Park Avenue
Santa Clara, CA  95050
(408) 295-1700

*Attorneys for Moss Landing Commercial Park LLC*

Dated:  April 10, 2008