IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> KAISER ALUMINUM CORPORATION, <br> a Delaware Corporation, <u>et al.</u> <br><br><br> Debtors. | Jointly Administered <br><br> Case No. 02-10429 (JKF) <br><br><br> Chapter 11 |
| KAISER ALUMINUM CORPORATION, <br> <u>et. al.</u> <br><br> Movants, <br><br> v. <br><br> MOSS LANDING COMMERCIAL PARK, LLC <br><br> Respondent. | <br><br><br><br><br><br> Re: Docket Nos. 9690, 9692 and 9709 |

**REORGANIZED DEBTORS' DESIGNATION OF
<u>ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the reorganized debtors in the above-captioned chapter 11 cases (the "<u>Reorganized Debtors</u>") hereby submit this designation of additional items to be included in the record on appeal and transmitted to the District Court for the District of Delaware in connection with the appeal of Moss Landing Commercial Park, LLC of the Bankruptcy Court's March 27, 2008 Order Enforcing Injunctions Issued in Connection With the Second Amended Joint Plan of Reorganization and Compelling Moss Landing Commercial Park LLC to Dismiss Without Prejudice Its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation.

### Designation of Additional Items to Be Included in the Record[1]

| Exhibit # | Docket # | Description |
|---|---|---|
| 1 | 394 | Notice of Appearance and Request for Special Notice Filed by National Refractories & Minerals Corporation. |
| 2 | 1301 | Order signed as Bench Filed on 10/29/2002 - Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof. |
| 3 | 2791 | Motion of Debtors and Debtors in Possession for Approval of Consent Decree Settling Environmental Claim of the United States, the States of California, Rhode Island and Washington and the Puyallup Tribe of Indians. |
| 4 | 2834 | Affidavit/Declaration of Service of Kathleen M. Logan Re: Motion for Approval of Consent Decree Settling Environmental Claims of the United States, the States of California, Rhode Island and Washington and the Puyallup Tribe of Indians and the Notice of Lodging of Proposed Consent Decree. |
| 5 | 3102 | Order Approving Consent Decree Settling Environmental Claims of the United States, the States of California, Rhode Island and Washington and the Puyallup Tribe of Indians. |
| 6 | 4335 | Order Approving a Settlement Agreement With National Refractories & Minerals Corporation and Congress Financial Corporation. |
| 7 | 6098 | Order (Second Amended) Establishing Case Management Procedures and Hearing Schedule. |
| 8 | 7062 | Affidavit of Katherine Kinsella Regarding Bar Date Notice. |
| 9 | 7351 | Affidavit/Declaration of Service of Ann Jerominski, RP Regarding Disclosure Statement, Blackline of Disclosure Statement and Notice of Hearing to Consider Confirmation. |
| 10 | 7773 | Affidavit of Andrew Novak (re: Publication of Notice of (A) Deadline for Casting Votes to Accept or Reject Proposed Joint Plan of Reorganization, (B) Hearing to Consider Confirmation of Proposed Joint Plan of Reorganization and (C) Related Matters). |
| 11 | 7812 | Declaration of Kathleen M. Logan Certifying the Methodology for |

---

[1] All items designated herein by the Reorganized Debtors include all exhibits, attachments or other papers included within each docket entry for such item.

| Exhibit # | Docket # | Description |
|---|---|---|
|  |  | Tabulating Votes on, and the Results of Voting With Respect to, the Second Amended Joint Plan of Reorganization. |
| 12 | 8225 | Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified. |
| 13 | 8546 | Affidavit (Supplemental) of Andrew Novak Regarding Publication of Confirmation Hearing Notice for Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. |
| 14 | 9172 | Affidavit of Andrew Novak Regarding Publication of Notice of Confirmation of Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation. |
| 15 | 9680 | Certificate of Publication Supplemental Affidavit of Katherine Kinsella Regarding Publication of the Standard General Bar Date Notice in Parade and USA Weekend. |
| 16 | 9711 | Moss Landing Commercial Park, LLC's Reply in Further Support of Its Emergency Motion to Stay Order. |

Dated: April 21, 2008
      Wilmington, Delaware

Respectfully submitted,

*/s/ Daniel J. DeFranceschi*

Daniel J. DeFranceschi (DE 2732)
Jason M. Madron (DE 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Gregory M. Gordon (TX 08435300)
Daniel P. Winikka (TX 00794873)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR THE REORGANIZED DEBTORS

4

RLF1-3275181-1