**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | :    **Chapter 11** |
| **KAISER ALUMINUM CORPORATION, a** | : |
| **Delaware Corporation, et al.,** | :    **Case No. 02-10429 (JKF)** |
| | : |
| Debtors. | :    **Jointly Administered** |

| | |
|---|---|
| **MOSS LANDING COMMERCIAL PARK, LLC,** | : |
| | : |
| | : |
| **Appellant,** | : |
| | :    **Case No. 08-cv-233** |
| **v.** | : |
| | : |
| **KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION,** | : |
| | : |
| | : |
| **Appellees.** | : |

**MOSS LANDING COMMERCIAL PARK, LLC'S EMERGENCY MOTION
TO STAY BANKRUPTCY COURT ORDER ENFORCING INJUNCTIONS ISSUED IN
CONNECTION WITH PLAN OF REORGANIZATION AND COMPELLING MOSS
LANDING TO DISMISS WITHOUT PREJUDICE ITS LAWSUIT AGAINST DEBTORS**

Appellant Moss Landing Commercial Park, LLC ("MLCP") hereby moves the Court under Rule 8005 of the Federal Rules of Bankruptcy Procedure for a stay of the order of the United States Bankruptcy Court for the District of Delaware entered on March 27, 2008, and as modified on April 16, 2008 (the "Bankruptcy Court Order"), which mandates that MLCP dismiss it pending action against Kaiser Aluminum Corporation, *et al.* in the Northern District of California (the "California Action"). This motion is supported by Moss Landing Commercial Park, LLC's Memorandum Of Law In Support Of Emergency Motion to Stay Bankruptcy Order Enforcing Injunctions Issued in Connection With Plan of Reorganization and Compelling Moss Landing to Dismiss Without Prejudice Its Lawsuit Against Debtor (the "MLCP Memorandum") filed contemporaneously herewith.

**WHEREFORE**, and for the reasons set forth in the MLCP Memorandum, MLCP respectfully requests that the Court grant it a stay of the Bankruptcy Court Order solely to allow the discovery to proceed in the California Action, but not to permit trial without further permission of this Court, and for such other relief as this Court deems just and appropriate.

Mark Minuti (DE No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue,  Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840

-and-

Thomas H. Clarke, Jr. (Cal. Bar No. 47592)
**ROPERS, MAJESKI, KOHN & BENTLEY**
201 Spear Street, Suite 1000
San Francisco, CA  94105
(415) 543-4800

-and-

Wendy W. Smith (Cal Bar No. 133887)
**BINDER & MALTER, LLP**
2775 Park Avenue
Santa Clara, CA  95050
(408) 295-1700

*Attorneys for Moss Landing Commercial Park LLC*

Dated:  April 24, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **KAISER ALUMINUM CORPORATION, a** | : | |
| **Delaware Corporation, <u>et al.</u>,** | : | **Case No. 02-10429 (JKF)** |
| | : | |
| Debtors. | : | **Jointly Administered** |

| | | |
|---|---|---|
| **MOSS LANDING COMMERCIAL PARK, LLC,** | : | |
| | : | |
| | : | |
| **Appellant,** | : | |
| | : | **Case No. 08-cv-233** |
| **v.** | : | |
| | : | |
| **KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION,** | : | |
| | : | |
| | : | |
| **Appellees.** | : | |

## ORDER GRANTING MOSS LANDING COMMERCIAL PARK LLC'S EMERGENCY MOTION TO STAY ENFORCEMENT OF BANKRUPTCY COURT ORDER ENFORCING INJUNCTIONS ISSUED IN CONNECTION WITH PLAN OF REORGANIZATION AND COMPELLING MOSS LANDING TO <u>DISMISS WITHOUT PREJUDICE ITS LAWSUIT AGAINST DEBTOR</u>

This matter having come before the Court on Moss Landing Commercial Park LLC's

Emergency Motion to Stay Enforcement (the "Motion") of the United States Bankruptcy Court

for the District of Delaware's March 27, 2008 Order Enforcing Injunctions Issued in Connection

with the Second Amended Joint Plan of Reorganization and Compelling Moss Landing

Commercial Park LLC to Dismiss Without Prejudice its Lawsuit Against Kaiser Aluminum

Corporation and Kaiser Aluminum & Chemical Corporation, as later modified by order dated

April 16, 2008 (the "Bankruptcy Court Order"); and the Court finding that (a) it has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 158(a) and (b) notice of the Motion was sufficient

under the circumstances; and the Court having determined that the legal and factual bases set

forth in the Motion and accompanying memorandum of law establish just cause for the relief granted herein; it is hereby **ORDERED** that:

    1.    The Motion is GRANTED.[1]

    2.    The Bankruptcy Court Order is hereby stayed pending MLCP's appeal of the Bankruptcy Court Order, such that Kaiser shall file an answer to the California Action and the parties shall be permitted to pursue discovery in the California Action.


 

                                  United States District Court Judge

Dated: _____, 2008

---

[1]    Unless otherwise defined, capitalized terms used herein shall have the same meaning as set forth in the Motion.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **KAISER ALUMINUM CORPORATION, a** | : | |
| **Delaware Corporation, <u>et al.</u>,** | : | **Case No. 02-10429 (JKF)** |
| | : | |
| Debtors. | : | **Jointly Administered** |

| | | |
|---|---|---|
| **MOSS LANDING COMMERCIAL PARK,** | : | |
| **LLC,** | : | |
| | : | |
| **Appellant,** | : | |
| | : | **Case No. 08-cv-233** |
| **v.** | : | |
| | : | |
| **KAISER ALUMINUM CORPORATION and** | : | |
| **KAISER ALUMINUM & CHEMICAL** | : | |
| **CORPORATION,** | : | |
| | : | |
| Appellees. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on April 24, 2008, service of the foregoing **Moss Landing Commercial Park, LLC's Emergency Motion to Stay Bankruptcy Order Enforcing Injunctions Issued in Connection With Plan of Reorganization and Compelling Moss Landing to Dismiss Without Prejudice Its Lawsuit Against Debtors** was made on the following parties in the manner indicated.

| | |
|---|---|
| Daniel J. DeFranceschi, Esquire | Gregory M. Gordon, Esquire |
| Jason M. Madron, Esquire | Daniel P. Winikka, Esquire |
| Richards, Layton & Finger, P.A. | Debra K. Simpson, Esquire |
| One Rodney Square | Jones Day |
| P.O. Box 551 | 2727 North Harwood Street |
| Wilmington, DE 19899 | Dallas, TX 75201 |
| **(Via Hand Delivery)** | **(Via Electronic Mail and** |
| | **First Class U.S. Mail** |

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840