IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>a Delaware corporation, et al.,<br><br>      Debtors. | Jointly Administered<br>Case No. 02-10429 (JKF)<br><br>Chapter 11 |
| MOSS LANDING COMMERCIAL<br>PARK, LLC,<br><br>      Appellant,<br><br>vs.<br><br>KAISER ALUMINUM CORPORATION,<br>et al.,<br><br>      Appellees. | Civil Action No. 08-233 |

**OBJECTION OF REORGANIZED DEBTORS TO
MOSS LANDING COMMERCIAL PARK, LLC'S
EMERGENCY MOTION FOR STAY PENDING APPEAL**

Kaiser Aluminum Corporation ("KAC"), Kaiser Aluminum & Chemical Corporation LLC and their affiliated reorganized debtors (collectively, the "Reorganized Debtors") in the chapter 11 proceedings that are being jointly administered in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under Case No. 02-10429 (JKF) (collectively, the "Bankruptcy Cases"), hereby object to Moss Landing Commercial Park LLC's Emergency Motion to Stay Bankruptcy Court Order Enforcing Injunctions Issued in Connection With Plan of Reorganization and Compelling Moss Landing to Dismiss Without Prejudice Its Lawsuit Against Debtors (D.I. 4) (the "Emergency Stay Motion"). In support of this Objection, the Reorganized Debtors submit their Brief in Response to Moss Landing Commercial Park LLC's Memorandum of Law in Support of the Emergency Stay

Motion (the "Response Brief"), which is being filed contemporaneously herewith, and respectfully state as follows:

In the Emergency Stay Motion, Moss Landing Commercial Park LLC ("MLCP") requests that this Court, pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, stay enforcement of the Bankruptcy Court's Order Enforcing Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and Compelling Moss Landing Commercial Park LLC to Dismiss Without Prejudice its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (Bankruptcy Court D.I. 9690) entered on March 27, 2008 and modified on April 16, 2008 (Bankruptcy Court D.I. 9713).

As explained in the Response Brief, MLCP has failed to provide any evidentiary support for its sole purported reason for needing a stay and fails to satisfy any of the four factors necessary to obtain a stay pending appeal under Third Circuit law. For this reason, and for all of the reasons detailed in the Response Brief, the Court should deny the Emergency Stay Motion.

| | |
|---|---|
| Dated: April 24, 2008<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Jason M. Madron<br>_____<br>Daniel J. DeFranceschi (DE 2732)<br>Jason M. Madron (DE 4431)<br>Christopher M. Samis (DE 4909)<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>Gregory M. Gordon (TX 08435300)<br>Daniel P. Winikka (TX 00794873)<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br><br>ATTORNEYS FOR REORGANIZED DEBTORS |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that on the 25th day of April, 2008, I electronically filed the **Objection of Reorganized Debtors to Moss Landing Commerical Park LLC's Emergency Motion for Stay Pending Appeal** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following :

Mark Minuti
mminuti@saul.com

I, Jason M. Madron, hereby certify that on the 25th day of April, 2008, I sent via Hand Delivery Service (Local), via First Class Mail (Non-Local) or via Electronic Mail (Non-Local) the **Objection of Reorganized Debtors to Moss Landing Commerical Park LLC's Emergency Motion for Stay Pending Appeal** to the following participants:

**Via Hand Delivery**

Mark Minuti
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Via First Class Mail & Electronic Mail**

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Wendy@BinderMalter.com

**Via First Class Mail & Electronic Mail**

Thomas H. Clarke, Jr.
Ropers, Majeski, Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
tclarke@rmkb.com

/s/Jason M. Madron
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Madron@rlf.com

RLF1-3276740-1