

SAUL
EWING
Attorneys at Law
A Delaware LLP

Mark Minuti
Phone: (302) 421-6840
Fax: (302) 421-5873
mminuti@saul.com
www.saul.com

August 4, 2008

**BY HAND**
The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

      RE:    In re Kaiser Aluminum Corporation, et al.,
               Case No. 02-10429 (JKF) (Bankr. D. Del.)
               Moss Landing Commercial Park, LLC v. Kaiser Aluminum
               Corporation, et al. (Case No. 08-cv-233)

Dear Judge Farnan:

      This firm represents the appellant Moss Landing Commercial Park LLC ("MLCP") in the above-captioned bankruptcy appeal (the "Appeal"). We are writing with the consent of appellees Kaiser Aluminum Corporation, *et al.* (the "Debtors") to request that the Court enter the proposed enclosed stipulation and order (the "Proposed Order") authorizing the parties to by-pass the mediation required by the Court's July 23, 2004 standing order governing Bankruptcy Court appeals and establishing the briefing schedule set forth in the Proposed Order.

      By this Appeal, MLCP seeks to overturn the Bankruptcy Court's March 27, 2008 Order [Bankr. Docket No. 9692], as later modified by an order dated April 16, 2008 [Bankr. Docket No. 9713], which requires MLCP to dismiss environmental litigation instituted by MLCP against certain of the reorganized Debtors in the United States District Court for the Northern District of California (the "California Action"). Because the fundamental dispute between the parties relates to whether MLCP is barred from even pursuing the California Action against the reorganized Debtors, the parties do not believe the dispute is capable of being compromised or resolved at mediation or that mediation will provide any benefit. For this reason, both parties believe that mediation of this appeal will result in a waste of time and money, and accordingly, respectfully request that the Court permit the parties to by-pass mediation and establish a briefing schedule to govern this Appeal. The briefing schedule set forth in the attached Proposed Order has been agreed to by the parties.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
560094.1 8/4/08                               A DELAWARE LIMITED LIABILITY PARTNERSHIP

The Honorable Joseph J. Farnan, Jr.
August 4, 2008
Page 2

      Of course we are available to discuss this matter at the Court's convenience. We appreciate the Court's consideration of this request.

                              Respectfully submitted,

                              Mark Minuti

MM/rew
Enclosure
cc:    Daniel J. DeFranceschi, Esq. (w/enc.) (via Hand Delivery)
        Gregory M. Gordon, Esq. (w/enc.) (via U.S. Mail)
        Daniel P. Winikka, Esq. (w/enc.) (via U.S. Mail)
        Debra K. Simpson, Esq. (w/enc.) (via U.S. Mail)
        Thomas H. Clarke, Jr., Esq. (w/enc.) (via U.S. Mail)
        Wendy W. Smith, Esq. (w/enc.) (via U.S. Mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION, a<br>Delaware Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-10429 (JKF)<br><br>Jointly Administered |
| MOSS LANDING COMMERCIAL PARK,<br>LLC,<br><br>Appellant,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION and<br>KAISER ALUMINUM & CHEMICAL<br>CORPORATION,<br><br>Appellees. | Case No. 08-cv-233 |

**STIPULATION AND ORDER TO BYPASS MEDIATION
AND ESTABLISH BRIEFING SCHEDULE**

NOW COMES appellant Moss Landing Commercial Park, LLC ("MLCP") and appellees Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Reorganized Debtors," and together with MLCP, the "Parties"), by and through their undersigned counsel, and hereby stipulate, subject to approval of the Court, as follows:

1. The Parties are authorized to by-pass the mediation of this appeal as otherwise required by the Court's July 23, 2004 standing Order governing appeals from the Bankruptcy Court.

2. The following briefing schedule shall govern this appeal:

   A. MLCP shall serve and file its opening brief on or before August 15, 2008.

   B. The Reorganized Debtors shall serve and file their answering brief on or before thirty (30) days after service of MLCP's opening brief.

RLF1-3307972-1

-2-

C.  MLCP shall serve and file its reply brief on or before fifteen (15) days after service of the Reorganized Debtors' answering brief.

| SAUL EWING LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By /s/ Mark Minuti | By /s/ Daniel J. DeFranceschi |
| Mark Minuti (No. 2659)<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6840 | Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 661-7700 |
| -and- | -and- |
| Thomas H. Clarke, Jr. (Cal. Bar No. 47592)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>(415) 543-4800 | Gregory M. Gordon, Esquire<br>Daniel P. Winikka, Esquire<br>Debra K. Simpson, Esquire<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201<br>(214) 220-3939 |
| -and- | Attorney for Appellees Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation |
| Wendy W. Smith (Cal Bar No. 133887)<br>BINDER & MALTER, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>(408) 295-1700 | |
| Attorneys for Appellant Moss Landing Commercial Park, LLC | |

Dated: July 31, 2008                           Dated: July 31, 2008

SO ORDERED this ___ day of July, 2008

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge