IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORPORATION, a Delaware Corporation, et al., | : : | Case No. 02-10429 (JKF) |
| | : | Jointly Administered |
| Debtors. | : : | |
| | : | |
| MOSS LANDING COMMERCIAL PARK LLC, et al., | : : : | |
| Appellant, | : : : | |
| v. | : : | Case No: 08-cv-00233 (JJF) |
| KAISER ALUMINUM CORPORATION AND KAISER ALUMINUM & CHEMICAL CORPORATION, | : : : : | |
| Appellees. | : : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
(Wendy W. Smith)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Wendy W. Smith of Ropers, Majeski, Kohn, & Bentley P.C. to represent Moss Landing Commercial Park in this action.

_____
Mark Minuti (No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: mminuti@saul.com

Dated: August 25, 2008           Counsel for Moss Landing Commercial Park

561069.1 8/25/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Wendy W. Smith
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: wendy@bindermalter.com

Counsel for Moss Landing Commercial Park

Date: August 18, 2008

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Wendy W. Smith is granted.

Dated: August ____, 2008

_____
United States District Court Judge

561069.1 8/18/08