IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORPORATION, a Delaware Corporation, et al., | : : | Case No. 02-10429 (JKF) |
| | : | Jointly Administered |
| Debtors. | : : | |
| MOSS LANDING COMMERCIAL PARK LLC, et al., | : : : | |
| Appellant, | : : | |
| v. | : : | Case No: 08-cv-00233 (JJF) |
| KAISER ALUMINUM CORPORATION AND KAISER ALUMINUM & CHEMICAL CORPORATION, | : : : | |
| Appellees. | : : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Thomas H. Clarke, Jr.)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas H. Clarke, Jr. of Ropers, Majeski, Kohn, & Bentley P.C. to represent Moss Landing Commercial Park in this action.

                                                            Mark Minuti (No. 2659)
                                                            SAUL EWING LLP
                                                            222 Delaware Avenue, Suite 1200
                                                            P.O. Box 1266
                                                            Wilmington, DE  19899
                                                            (302) 421-6840
                                                            (302) 421-5873 (Fax)
                                                            Email:  mminuti@saul.com

Dated:  August 25, 2008                     Counsel for Moss Landing Commercial Park

561068.1 8/25/08

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, the District of Columbia and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Thomas H. Clarke, Jr.
ROPERS, MAJESKI, KOHN, BENTLEY P.C.
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:   (415) 972-6387
Facsimile:   (415) 972-6301
Email: tclarke@rmkb.com

Counsel for Moss Landing Commercial Park

Date: August 21, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Thomas H. Clarke, Jr. is granted.

_____
United States District Court Judge

Dated: August ____, 2008

561068.1 8/21/08